**AUTO OWNERS INSURANCE COMPANY, Appellant,**

v.

**COLUMBIA MUTUAL INSURANCE COMPANY, et al., Respondents.**

No. WD 74454.

Missouri Court of Appeals, Western District.

Jan. 2, 2013.

Russell F. Watters, Thomas Michael Ward, and Kenneth Raymond Goleaner, St. Louis, MO; David Roy Buchanan, Kansas City, MO, for appellant.

Edward L. Adelman, St. Louis, MO; Russell Charles Ashley, Kansas City, MO, for respondent.

Division One: JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Auto Owners Insurance Company appeals from the Jackson County Circuit Court's grant of summary judgment in favor of Biegel Refrigeration and Electric, Inc., and its insurer, Columbia Mutual Insurance Company, in this action asserting claims for equitable contribution and equitable subrogation. The judgment is affirmed. Rule 84.16(b).